AO 245C (Rev 06/05) Amended Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Probation or Supervised Release) |
| KEITH MILLER | |

UNITED STATES OF AMERICA
V.
KEITH MILLER

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:            2:91CR20019-001
USM Number:          04231-010

David Dunagin
Defendant's Attorney

**Date of Original Judgment:**  June 16, 2009
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

X Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(e) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or
☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s)

X was found in violation of condition(s)   **Standard Conditions #3 and #6 and New Law Violations** of the term of supervision.*

☐ The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Violation Ended |
|---|---|---|
| Standard Condition #3 | Failure to Report to Probation Officer as Directed | April, 2008 |
| Standard Condition #6 | Failure to Report Change of Address (Absconded) | April, 2008 |
| New Law Violation | Arrested by Polk County Sheriff on 5/7/2008 and Charged with Fleeing, Aggravated Assault, Kidnapping, Theft of Vehicle, Theft by Receiving , and Aggravated Robbery (All Felonies) | 05/07/2008 |
| New Law Violation | Warrant Issued 5/15/2008 for Failure to Comply with Sex Offender Registration Reporting Requirements | 05/15/2008 |

The defendant is sentenced as provided in pages 2 _____ 3 _____ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 16, 2009
Date of Imposition of Judgment

/s/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

August 17, 2009
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT:       KEITH MILLER
CASE NUMBER:     2:91CR20019-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :      **fifty-five (55) months.**  The term to run concurrently with any undischarged term of imprisonment. There will be no supervision to follow the term of imprisonment.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐   at   _____   ☐  a.m.   ☐  p.m.   on   _____ .

as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on   _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

a _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___3___ of ___3___

DEFENDANT:        KEITH MILLER
CASE NUMBER:      2:91CR20019-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $  - 0 -       | $  - 0 - | $  - 0 -        |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 17 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

| TOTALS | $ _____ | $ _____ |
|--------|--------------------|--------------------|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the    ☐  fine    ☐  restitution.

☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.